CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Danville
JUN 27 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOHN WITTEN TUNNELL,<br><br>                 *Plaintiff*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>                 *Defendant.* | CIVIL ACTION No. 4:03-CV-00074<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED AND ADJUDGED**

as follows:

    (1) Defendant's Motion to Strike the Testimony of Plaintiff's Expert, Jerry Wallingford is hereby GRANTED IN PART to the extent that Jerry Wallingford's testimony on the issue of defectiveness is hereby excluded.

    (2) Ford's Motion for Directed Verdict is hereby GRANTED.

    It is so ORDERED.

The Clerk of the Court is directed to STRIKE this matter from the docket, and further directed to send a copy of this Order to all counsel of record.

ENTERED: *Norman K. Moon*
U.S. District Judge

6/27/2005
Date