IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOHN WITTEN TUNNELL,<br><br>*Plaintiff,*<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>*Defendant.* | CIVIL ACTION NO. 4:03-CV-00074<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion for a New Trial is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is directed to STRIKE this matter from the docket, and further directed to send a copy of this Order to all counsel of record.

ENTERED: *Norman K. Moon*
U.S. District Judge

*September 2, 2005*
Date