CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 0 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOHN WITTEN TUNNELL, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 4:03CV074 |
| | ) |
| FORD MOTOR COMPANY, | ) **ORDER** |
| | ) |
| **Defendant** | ) |

In accordance with the Memorandum Opinion entered this day, plaintiff John Witten

Tunnell ("Tunnell") is awarded attorney's fees and costs as discovery sanctions against Ford

Motor Company ("Ford") in the amount of $101,952.11.

Upon the objection of Tunnell, Ford's Bill of Costs is reduced to $11,430.55.

It is so **ORDERED**.

Entered this _10th_ day of _November_, 2005.

_____
Michael F. Urbanski
United States Magistrate Judge