CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 1 5 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOHN WITTEN TUNNELL, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 4:03CV074 |
| | ) |
| FORD MOTOR COMPANY, | ) **AMENDED ORDER** |
| | ) |
| Defendant | ) |

In accordance with the Memorandum Opinion entered on November 10, 2005, the amount of the Bill of Costs taxed against plaintiff is corrected to $11,430.05.

It is so **ORDERED**.

Entered this 15th day of November, 2005.

Michael F. Urbanski
United States Magistrate Judge

2