IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Danville
JUN 2 6 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| JOHN W. TUNNELL, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | CIVIL ACTION No. 4:03-CV-00074 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that (1) Plaintiff's motion for new trial is DENIED; Plaintiff's motion for default judgment is DENIED; (3) Plaintiff's motion for sanctions is GRANTED; (4) Plaintiff's motion to strike the affidavit of Clinton Forde is DENIED. The Court hereby awards Plaintiff monetary sanctions in the amount of all of the attorneys fees and costs incurred by Plaintiff's attorneys in all discovery disputes in this case, exclusive of those fees and costs already awarded.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

15

ENTERED: _/s/ Norman K. Moon_
U.S. District Judge

_June 26, 2006_
Date

16